**Brian P. Berson, Esq.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **CRAIG GOATLEY**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 13-00679 YGR |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE SUPERVISED** |
| vs. | ) **RELEASE DETENTION AND STATUS** |
| | ) **RE: PRELIMINARY REVOCATION** |
| | ) **HEARING (AS MODIFIED)** |
| CRAIG GOATLEY | ) |
| | ) |
| Defendants | ) |

    Defendant Goatley is requesting a continuance of one week because the probation officer is still evaluating the proposed custodian/surety proffered by the defense, and is investigating whether Mr. Goatley is under any Alameda County probation conditions that would conflict with the defense suggestion.

    The government has agreed to therefore stipulate to continue the hearing to October 3, 2022.

So Stipulated,

Date: September 22, 2022

_____//s//_____
BRIAN P. BERSON
COUNSEL FOR CRAIG GOATLEY

Date: September 22, 2022

_____//s//_____
KENNETH CHAMBERS
ASSISTANT UNITED STATES ATTORNEY

**ORDER AS MODIFIED**

Based on the foregoing, the Court continues the defendant's detention and status re: preliminary revocation hearing to October 3, 2022 at 10:30 a.m.

SO ORDERED:

Date: September 26, 2022

IT IS SO ORDERED
Judge Donna M. Ryu

_____
DONNA RYU
UNITED STATES MAGISTRATE JUDGE

2